# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JULIO CIRIACO,<br>    Plaintiff, | Case No. 1:19-cv-815<br>McFarland, J.<br>Litkovitz, M.J. |
| vs. | |
| VERIZON WIRELESS, et al.,<br>    Defendants. | **ORDER** |

A follow-up telephone status conference was held in this matter on March 30, 2020. By agreement of the parties, and with the Court's approval, all deadlines in this matter are hereby **STAYED** for ninety (90) days in light of the exigent circumstances created by the COVID-19 virus. The parties shall submit a joint status report to the Court at the end of the 90-day period.

    **IT IS SO ORDERED**.

Date: <u>March 30, 2020</u>          <u>s/ Karen L. Litkovitz</u>
                                                                      Karen L. Litkovitz
                                                                      United States Magistrate Judge