IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **JULIO CIRIACO,**<br><br>Plaintiff,<br><br>v.<br><br>**VERIZON WIRELESS, ET AL.,**<br><br>Defendants. | **Case No. 1:19-CV-00815**<br><br>**Judge: Matthew W. McFarland**<br><br>**Magistrate Judge: Karen L. Litkovitz** |

Stay lifted and parties ordered to submit revised case schedule by July 15, 2020.
SO ORDERED.

*Karen L. Litkovitz*
7/1/2020

## JOINT STATUS REPORT

Pursuant to the Court's March 30, 2020 Order, the parties provide this joint status report. The parties agree that the stay of the case should be lifted, and plan to submit a revised case schedule to the Court.

Dated: June 30, 2020

Respectfully submitted,

| | |
|---|---|
| */s/ Tod J. Thompson (per email authority)* | */s/ Elizabeth L. Dicus* |
| Tod J. Thompson (0076446) | Tonya B. Braun (0075048) |
| TOD J. THOMPSON ATTORNEY-AT-LAW | Elizabeth L. Dicus (0081219) |
| 810 Sycamore Street | JONES DAY |
| Third Floor | 325 John H. McConnell Boulevard |
| Cincinnati, OH 45202 | Suite 600 |
| Telephone: (513) 322-4348 | Columbus, OH 43215-2673 |
| Facsimile: (513) 263-9001 | Telephone: (614) 469-3939 |
| Email: tod@tthompsonlaw.com | Facsimile: (614) 461-4198 |
| | Email: tbraun@jonesday.com |
| | eldicus@jonesday.com |
| *Counsel for Plaintiff* | |
| *Julio Ciriaco* | *Counsel for Defendants* |
| | *Verizon Wireless, et al.* |